■ PATRICK N. HYLAND, Appellant, v MARSHA F. HYLAND, Respondent. (Appeal No. 2.)—Order unanimously modified on the law and as modified affirmed without costs, in accordance with same memorandum as in *Hyland v Hyland* ([appeal No. 1] 147 AD2d 941 [decided herewith]). (Appeal from order of Supreme Court, Monroe County, Patlow, J.—counsel fees.) Present—Dillon, P. J., Callahan, Denman, Green and Lawton, JJ.

■ In the Matter of CHRISTINA F. and Another, Children Alleged to be Abused. (Appeal No. 1.)—Order unanimously affirmed without costs *(see, Matter of Elizabeth D.,* 139 AD2d 66). (Appeal from order of Onondaga County Family Court, Buck J.—child abuse.) Present—Dillon, P. J., Callahan, Denman, Green and Lawton, JJ. *[See,* 135 Misc 2d 495.]